Court Name: District of South Dakota
Division: 5
Receipt Number: SDX500003566
Cashier ID: kklein
Transaction Date: 06/30/2014
Payer Name: George J. Nelson Law Office
------------------------------------
CIVIL FILING FEE
 For: George J. Nelson Law Office
 Amount:        $400.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: George J. Nelson Law Office
 Check/Money Order Num: 6081
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

14-5042; Ronald Fisher v. United
States of America