UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| RONALD FISHER and RONALD FISHER as Guardian Ad Litem of C F , <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case: 5:14-cv-05042 <br><br> **ADMISSION OF SERVICE** |

Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A), service of the summons and complaint upon the United States Attorney for the District of South Dakota is hereby admitted by receipt of a copy thereof at Sioux Falls, South Dakota, on July 2, 2014. In accordance with Fed. R. Civ. P. 12(a)(2), defendant's response is due within 60 days.

_____Diana Ryan_____
Signature

_____Chief, Civil Division_____
Relationship to Entity/Authority
to Receive Service of Process

_____July 7, 2014_____
Date of Signature